UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYKEIYA DORE et al.,                              :

                                                  :        ORDER

                   Plaintiffs,
                                                  :        25 Civ. 9618 ( (GWG)

      -v.-
                                                  :

                                                  :

CHRIS BROWN ENTERTAINMENT, LLC. et al,            :

                                                  :

                   Defendants.                    :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Plaintiffs Tykeiya Dore and Marc A. Stephens proceed in forma pauperis. Accordingly, they are entitled to rely on the United States Marshals Service to effect service of process. See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).   The Court cannot at this time direct the United States Marshals Service to serve process, however, because plaintiffs have not provided service addresses for any of the defendants they have sued. Accordingly, the Court directs plaintiffs to file on or before February 23, 2026, a sworn statement that lists each defendant separately and states for that defendant: (1) the legal name of that defendant; (2) the address of that defendant; and (3) a full explanation of the plaintiffs' basis for believing that the defendant may be found at that address.

      SO ORDERED.

Dated: February 2, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge