UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYKEIYA DORE et al.,                              :

                                                  :        ORDER

                        Plaintiffs,
                                                  :        25 Civ. 9618 (JPC) (GWG)

        -v.-
                                                  :

                                                  :

CHRIS BROWN ENTERTAINMENT, LLC. et al,

                                                  :

                        Defendants.               :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        By Order dated February 2, 2026, plaintiffs Tykeiya Dore and Marc A. Stephens were
ordered to file on or before February 23, 2026, a sworn statement that lists each defendant
separately and states for that defendant: (1) the legal name of that defendant; (2) the address of
that defendant; and (3) a full explanation of the plaintiffs' basis for believing that the defendant
may be found at that address.

        Plaintiffs have failed to comply with the February 2 Order.   The Court hereby directs
plaintiffs to comply with that Order by March 10, 2026.   If plaintiffs fail to do so, they are
warned that this case will likely be dismissed for failure to comply with Court orders pursuant to
Fed. R. Civ. P. 16(f) and/or the inherent powers of the Court.

        SO ORDERED.

Dated: March 3, 2026
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge